UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No: 4:09CR573 HEA |
| KENNETH ALLRED, | ) | |
| Defendant. | ) | |

**OPINION, MEMORANDUM AND ORDER**

Defendant filed a Motion for Resentencing on April 24, 2026, [Doc. No. 206]. The Government has now responded to the motion. For the reasons set forth below, the Motion is denied.

Defendant moves the Court to void his term of supervised release, which is a life term. Defendant argues that "in November of 2025 the statue of lifetime supervision was rescinded." As the Government correctly urges, 18 U.S.C. § 3583(k), which was in effect from the time of Defendant's original sentencing until this date states:

> k) Notwithstanding subsection (b), the authorized term of supervised release for any offense under section 1201 involving a minor victim, and for any offense under section 1591, 1594(c), 2241, 2242, 2243, 2244, 2245, 2250, 2251, 2251A, 2252, 2252A, 2260, 2421, 2422, 2423, or 2425, is any term of years not less than 5, or life. If a defendant required to register under the Sex Offender Registration and Notification Act commits any criminal offense under chapter 109A, 110, or 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the court shall

> revoke the term of supervised release and require the defendant to serve a term of imprisonment under subsection (e)(3) without regard to the exception contained therein. Such term shall be not less than 5 years.

18 U.S.C.A. § 3583.

Defendant's supervised release term of life falls within the statute, and therefore, his motion is without merit.

Accordingly,

IT IS ORDERED that Defendant's Motion for Resentencing, [Doc. No. 206], is **DENIED**.

Dated this 8th day of October, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE